**Albert HALEY, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 28303.

Court of Criminal Appeals of Texas.

May 2, 1956.

**Mable GANT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28238.

Court of Criminal Appeals of Texas.

April 11, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for a violation of the Liquor Control Act, Vernon's Ann.P.C. art. 666–1 et seq., with a prior conviction for an offense of like character. Punishment was assessed at twenty days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.